UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ADAPTFLOW TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>ROKU, INC.,<br><br>        Defendant. | Civil Action No. 6:22-cv-00996-LY<br><br>Jury Trial Demanded |

## UNOPPOSED MOTION TO EXTEND TIME

Plaintiff AdaptFlow Technologies LLC, by and through its undersigned counsel, respectfully moves to extend the deadline for Defendant Roku, Inc., to answer, move, or otherwise respond to the complaint in this action until December 1, 2022. This extension is necessary to allow Defendant sufficient time to retain local counsel and review the allegations in the complaint. Defendant does not oppose this motion.

Dated: October 21, 2022

Respectfully submitted,

 /s/ Raymond W. Mort, III
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tel/Fax: 512-865-7343

*Of Counsel:*
Ronald M. Daignault (*pro hac vice* to be filed)*
Chandran B. Iyer (*pro hac vice* to be filed)
Oded Burger (*pro hac vice* to be filed)*
Tedd W. Van Buskirk (*pro hac vice* to be filed)*

Zachary H. Ellis (Texas State Bar No. 24122606)*
rdaignault@daignaultiyer.com
cibyer@daignaultiyer.com
oburger@daignaultiyer.com
tvanbuskirk@daignaultiyer.com
zellis@daignaultiyer.com
**DAIGNAULT IYER LLP**
8618 Westwood Center Drive - Suite 150
Vienna, VA 22182

*Attorneys for Plaintiff AdaptFlow Technologies LLC*

*Not admitted to practice in Virginia