**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| ADAPTFLOW TECHNOLOGIES LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>ROKU, INC.,<br><br>                    Defendant. | Civil Action No. 6:22-cv-00996-LY |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME**

Upon consideration of Plaintiff AdaptFlow Technologies LLC's Unopposed Motion to Extend Time and good cause appearing, this Court, through its inherent power, hereby **GRANTS** the motion. It is **ORDERED** that Defendant Roku, Inc., shall answer, move, or otherwise respond to the complaint in this action by December 1, 2022.

**IT IS SO ORDERED** this _____ day of _____, 2022.

_____
The Honorable Lee Yeakel
United States District Court Judge